UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

| | |
|---|---|
| JANICE LAWSON | ) |
| PLAINTIFF | ) |
| v. | ) CIVIL ACTION NO. 3:18-cv-00004-CRS |
| UNUM | ) |
| DEFENDANT | ) |

**NOTICE OF SETTLEMENT**

Pursuant to Local Rule 54.1, the undersigned counsel for Defendant hereby notifies the Clerk that the parties have agreed to settle this matter. An Agreed Order Dismissing Settled will be filed by counsel when the settlement agreement is finalized.

s/ *Michelle Turner*
Attorney for Defendant
TURNER, KEAL & BUTTON PLLC
10624 Meeting St. #101
Prospect, KY 40059
Phone: (502) 426-5110
Fax: (502) 426-5119
E-mail: mturner@turnerkeal.com

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Robert Florio  raflorioatty@hotmail.com

s/ *Michelle Turner*