UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

| | |
|---|---|
| JANICE LAWSON ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:18-cv-00004-CRS |
| ) | |
| UNUM ) | |
| ) | |
| DEFENDANT ) | |
| ) | |

**AGREED ORDER DISMISSING SETTLED**

The parties having agreed to settle this matter and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the action is dismissed, with prejudice, each party to bear its own costs.

Agreed to by:

| | |
|---|---|
| s/ Robert Florio (with permission) | s/ Michelle Turner |
| Attorney for Plaintiff | Attorney for Defendant |
| 1500 Story Ave. | TURNER, KEAL & BUTTON PLLC |
| Louisville, KY 40206 | 10624 Meeting St. #101 |
| Phone: (502) 587-0228 ext. 127 | Prospect, KY 40059 |
| E-mail: raflorioatty@hotmail.com | Phone: (502) 426-5110 |
| | Fax: (502) 426-5119 |
| | E-mail: mturner@turnerkeal.com |