UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

| | |
|---|---|
| JANICE LAWSON ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:18-cv-00004-CRS |
| ) | |
| UNUM ) | |
| ) | |
| DEFENDANT ) | |

**AGREED ORDER DISMISSING SETTLED**

The parties having agreed to settle this matter and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the action is dismissed, with prejudice, each party to bear its own costs.

April 9, 2018

**Charles R. Simpson III, Senior Judge**
**United States District Court**

Agreed to by:

s/ Robert Florio (with permission)  
Attorney for Plaintiff  
1500 Story Ave.  
Louisville, KY 40206  
Phone: (502) 587-0228 ext. 127  
E-mail:  raflorioatty@hotmail.com

s/ Michelle Turner  
Attorney for Defendant  
TURNER, KEAL & BUTTON PLLC  
10624 Meeting St. #101  
Prospect, KY  40059  
Phone:  (502) 426-5110  
Fax:  (502) 426-5119  
E-mail:  mturner@turnerkeal.com